ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Collette Contracting, Inc. ) | ASBCA No. 59025 |
| ) | |
| Under Contract No. W911SD-07-D-0006 ) | |

APPEARANCE FOR THE APPELLANT:     John M. Manfredonia, Esq.
Manfredonia Law Offices, LLC
Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Evan C. Williams, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 28 April 2015

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59025, Appeal of Collette Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals